# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 6, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

140803

MILLER APPLE LIMITED PARTNERSHIP,
 Plaintiff-Appellant,

v

EMMET COUNTY, EMMET COUNTY
BOARD OF COMMISSIONERS, and EMMET
COUNTY PLANNING COMMISSION,
 Defendants-Appellees,

and

RLG BEAR CREEK, LLC, GCG BEAR
CREEK, LLC, and RG PROPERTIES, INC.,
 Intervening Defendants-Appellees.
_____/

SC: 140803
COA: 286730
Emmet CC: 08-001165-AA

On order of the Court, the application for leave to appeal the February 9, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 6, 2010

*Corbin R. Davis*

Clerk

d0929